UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARBOR VIEW MOBILE
HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.                           CASE NO. 8:21-cv-1143-SDM-AEP

MHC OPERATING LIMITED
PARTNERSHIP, et al.,

    Defendants.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 36), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

The clerk is directed to close the case.

ORDERED in Tampa, Florida, on September 27, 2021.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE